**Order entered November 3, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00006-CR
No. 05-15-00007-CR
No. 05-15-00008-CR
No. 05-15-00009-CR

**GARY WAYNE BARNES SR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F80-16530-J, F81-01027-J, F81-01105-J, F81-02518-J**

## ORDER

The Court **REINSTATES** the appeals.

On October 5, 2015, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and represented by court-appointed counsel; (3) counsel's explanation for the delay in filing appellant's brief is she had difficulty obtaining the record from the original trial proceedings and her workload; and (4) counsel requested thirty days from November 2, 2015 to file appellant's brief.

We **ORDER** appellant to file his brief by **DECEMBER 2, 2015**. Because appellant has already been granted one thirty-day extension of time to file his brief and the brief is now two months overdue, no further extensions will be granted. If the brief is not filed by the date specified, the Court will utilize the available remedies to obtain the brief, which may include removing Nanette Hendrickson as appointed counsel and ordering the trial court to appoint new counsel to represent appellant on these appeals.

We **DIRECT** the Clerk to send copies of this order to Nanette Hendrickson and the Dallas County District Attorney's Office.


/s/     LANA MYERS
            JUSTICE